IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LONNIE BESS**                                                                        **PLAINTIFF**
**#54296**

v.                                     Case No: 4:22-cv-01023 BRW

**T. GREER,** *et al.*                                                      **DEFENDANTS**

### ORDER

In his amended complaint, Plaintiff Lonnie Bess stated that he expected to be released on November 15, 2022, and provided an alternate address.[1] On December 1, 2022, United States Magistrate Judge Patricia Harris entered an order informing Mr. Bess that he must update his address within 30 days or his case may be dismissed.[2] Judge Harris's order was sent to both his address of record and his alternate address.[3] Her order and other mail sent to him at his address of record were returned to the Court as "undeliverable."[4] It has been over 30 days since Mr. Bess was directed to update his address, and he has not done so. Accordingly, this case is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to respond to court orders, and for failure to prosecute.[5]

---

[1] Doc. No. 5.

[2] Doc. No. 6.

[3] *Id.*

[4] Doc. Nos. 7-9.

[5] *See also Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS SO ORDERED this 10th day of January, 2023.

                                                    _____BILLY ROY WILSON_____
                                                    UNITED STATES DISTRICT JUDGE