IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LONNIE BESS**                                                                                     **PLAINTIFF**
**#54296**

v.                             **Case No: 4:22-cv-01023 BRW**

**T. GREER,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 10th day of January, 2023.

                                                                    BILLY ROY WILSON
                                                     UNITED STATES DISTRICT JUDGE